# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN ANTONIO LACAYO CENTENO, *et al.*, <br><br>            Plaintiffs, <br><br> vs. <br><br> NATHAN AND MORGAN, INC., *et al.*, <br><br>            Defendants. | Case No. 2:12-cv-00857-JAD-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiffs' Notice of Settlement (#46) filed November 20, 2013, advising the Court the parties have reached a settlement. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Protective Order (#28) filed September 17, 2013 is denied, without prejudice, as moot.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion in Limine to Exclude Reference to Immigration Status (#30), filed September 24, 2013 is denied, without prejudice, as moot.

DATED this 6th day of December, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge